| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweeney II, James R. | U.S. District Court, Southern District of Indiana | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

46 E. Ohio Street
Indianapolis, IN 46204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Immediate Past President | The Reserve Officers Association of the United States |
| 2. Chair | ROA STARS (Standing Together for Americas Reservists) Foundation |
| 3. Member | Atir Semaj LLC |
| 4. Member | Brebeuf Preparatory School Alumni Board |
| 5. Member | Homeless Veterans Assistance Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Barnes & Thornburg LLP-Partnership Agreement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweeney II, James R. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | George Mason University, Scalia Law School | 04/25/19-04/26/19 | Washington, DC | Inaugural Scalia Forum | Transportation, meals, lodging |
| 2. | George Mason University, Scalia Law School, Law & Economics Center | 10/16/19-10/20/19 | Santa Fe, NM | Workshop | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Alliant FCU (cash) | A | Interest | M | T | | | | | |
| 3. BT Cash Balance Plan (cash) | | None | | | Closed | 01/11/19 | N | | |
| 4. First Financial Bank (formerly Mainsource Bank) (cash) | A | Interest | K | T | | | | | |
| 5. NFCU (cash) | A | Interest | P1 | T | | | | | |
| 6. Navy Mutual Aid Association (whole life insurance policy) | A | Dividend | N | T | | | | | |
| 7. Gard Group LLC | | None | K | V | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Materra LLC (02657429) | | None | M | U | | | | | |
| 10. Account #2 (H) | | | | | | | | | |
| 11. Health Equity HSA | | None | K | T | | | | | |
| 12. Account #3 (H) | | | | | | | | | |
| 13. Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 14. IVA Worldwide Cl A (IVWAX) | D | Dividend | M | T | | | | | |
| 15. Account #4 (H) | | | | | | | | | |
| 16. Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 17. ADOBE INC (ADBE) | | None | K | T | Sold (part) | 02/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 07/16/19 | J | | |
| 19. ALIBABA GROUP HOLDING LTD SPONS ADS (BABA) | | None | J | T | Buy | 04/03/19 | J | | |
| 20. ALPHABET INC CL A (GOOGL) | | None | K | T | Sold<br>(part) | 07/16/19 | J | | |
| 21. ALTRIA GROUP INC (MO) | A | Dividend | | | Sold | 07/16/19 | J | | |
| 22. AMAZON.COM INC (AMZN) | | None | J | T | | | | | |
| 23. APPLE INC (AAPL) | A | Dividend | K | T | Buy<br>(add'l) | 07/16/19 | J | | |
| 24. BANK OF AMERICA CORP (BAC) | A | Dividend | | | Sold | 01/10/19 | J | | |
| 25. BERKSHIRE HATHAWAY INC CL B (BRK/B) | | None | K | T | Sold<br>(part) | 04/03/19 | J | | |
| 26. BIOGEN INC (BIIB) | | None | | | Sold<br>(part) | 01/11/19 | J | | |
| 27. | | | | | Sold<br>(part) | 04/25/19 | J | | |
| 28. | | | | | Sold | 05/09/19 | J | | |
| 29. CBOE GLOBAL MARKETS INC (CBOE) | | None | | | Sold | 01/10/19 | J | | |
| 30. CHURCHILL DOWNS INC (CHDN) | A | Dividend | K | T | | | | | |
| 31. COMCAST CORP CL A NEW (CMCSA) | A | Dividend | K | T | | | | | |
| 32. COSTAR GROUP INC (CSGP) | | None | K | T | Sold<br>(part) | 04/03/19 | J | | |
| 33. WALT DISNEY CO (DIS) | A | Dividend | K | T | Buy<br>(add'l) | 07/16/19 | J | | |
| 34. ELECTRONIC ARTS INC (EA) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FACEBOOK INC CL A (3030M102) | | None | K | T | Buy | 01/11/19 | J | | |
| 36. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 37. HUNTINGTON INGALLS INDS INC (HII) | A | Dividend | J | T | | | | | |
| 38. IAC/INTERACTIVECORP (44919P508) | | None | J | T | Buy | 11/04/19 | J | | |
| 39. INTEL CORP (INTC) | A | Dividend | K | T | | | | | |
| 40. INTERCONTINENTAL EXCHANGE INC (ICE) | A | Dividend | K | T | | | | | |
| 41. INTUITIVE SURGICAL INC (ISRG) | | None | J | T | | | | | |
| 42. KEYCORP (KEY) | A | Dividend | | | Sold (part) | 04/03/19 | J | A | |
| 43. | | | | | Sold | 10/10/19 | J | B | |
| 44. LVMH MOET HENNESSY LOUIS VUITTON ADR (LVMUY) | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 45. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 46. ELI LILLY & CO (532457108) | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 47. FIAT CHRYSLER AUTOMOBILES N V (FCAU) | A | Dividend | | | Sold | 05/23/19 | J | | |
| 48. MGM RESORTS INTL (MGM) | A | Dividend | J | T | | | | | |
| 49. MADISON SQUARE GARDEN CO CL A (MSG) | | None | J | T | | | | | |
| 50. MASTERCARD INC CL A (MA) | A | Dividend | K | T | | | | | |
| 51. MERCK & COMPANY INC (MRK) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 53. | MOODYS CORP (MCO) | | None | | | Sold | 01/11/19 | J | | |
| 54. | MOTOROLA SOLUTIONS INC NEW (620076307) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 55. | | | | | | Buy (add'l) | 04/03/19 | J | | |
| 56. | NORTHROP GRUMMAN CORP (NOC) | A | Dividend | K | T | | | | | |
| 57. | PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 58. | PFIZER INC (PFE) | A | Dividend | K | T | | | | | |
| 59. | PIONEER NATURAL RESOURCES CO (PXD) | | None | | | Sold | 02/14/19 | J | A | |
| 60. | REGIONS FINANCIAL CORP (RF) | A | Dividend | | | Sold (part) | 01/11/19 | J | A | |
| 61. | | | | | | Sold (part) | 04/05/19 | J | A | |
| 62. | | | | | | Sold | 10/10/19 | J | C | |
| 63. | SHENZHOU INTL GROUP HOLDINGS LTD ADR (82322R109) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 64. | | | | | | Buy (add'l) | 10/16/19 | J | | |
| 65. | SIRIUS XM HLDGS INC (SIRI) | A | Dividend | J | T | | | | | |
| 66. | STANLEY BLACK & DECKER INC (SWK) | A | Dividend | J | T | | | | | |
| 67. | TENCENT HOLDINGS LTD UNSPON ADR (8803Q109) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 68. | TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. TWITTER INC (90184L102) | | None | J | T | Buy | 01/10/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 71. UNION PACIFIC CORP (UNP) | A | Dividend | K | T | | | | | |
| 72. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | K | T | Buy<br>(add'l) | 10/15/19 | J | | |
| 73. WALMART INC (WMT) | A | Dividend | K | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 74. WASTE MANAGEMENT INC DEL<br>(94106L109) | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 75. ZEBRA TECHNOLOGIES CORP CL A<br>(ZBRA) | | None | J | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 76. PERNOD RICARD (PDRDF) | A | Dividend | K | T | Buy<br>(add'l) | 10/16/19 | J | | |
| 77. FERRARI NV (RACE) | A | Dividend | K | T | Buy<br>(add'l) | 10/16/19 | J | | |
| 78. ISHARES U S OIL & GAS<br>EXPLORATION & PRODUCTION ETF<br>(464288851) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 79. SOUTHWEST AIRLINES CO (LUV) | A | Dividend | | | Sold | 01/10/19 | J | B | |
| 80. VAIL RESORTS INC (MTN) | A | Dividend | | | Sold | 04/03/19 | J | | |
| 81. VIPER ENERGY PARTNERS LP<br>(92763M105) | A | Dividend | | | Buy | 02/14/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 83. | | | | | Sold | 11/21/19 | J | | |
| 84. Account #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. | Fidelity Low-Priced Stock (FLPSX) | C | Dividend | L | T | | | | | |
| 86. | Harbor Capital Appr Ret (HNACX) | B | Dividend | J | T | | | | | |
| 87. | Keybank EB Magic 20 Fund (EBMGICX) | | None | N | T | Buy<br>(add'l) | 01/11/19 | N | | |
| 88. | Pimco Total Return Instl (PTTRX) | D | Dividend | N | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 89. | Schwab Treas Infl-Prot Sec Idx | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 90. | Vanguard Retirement Inc Instl (VTINX) | A | Dividend | L | T | | | | | |
| 91. | Vanguard Windsor II Fund (VWNAX) | E | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 92. | Fidelity 500 Index Institutional | A | Dividend | M | T | | | | | |
| 93. | Account #6 (H) | | | | | | | | | |
| 94. | Ferrarri NV (RACE) | A | Interest | J | T | Buy<br>(add'l) | 10/16/19 | J | | |
| 95. | Alibaba Group Holding LTD (BABA) | | None | J | T | Buy | 04/03/19 | J | | |
| 96. | Amazon Com Inc (AMZN) | | None | J | T | | | | | |
| 97. | Bank of America Corp (BAC) | | None | | | Sold | 01/10/19 | J | B | |
| 98. | CBOE Global Markets Inc (CBOE) | | None | | | Sold | 01/10/19 | J | A | |
| 99. | Churchill Downs Inc (CHDN) | A | Dividend | J | T | | | | | |
| 100. | LVMH Moet Hennessy Louis (LVMUY) | A | Dividend | J | T | Buy<br>(add'l) | 10/16/19 | J | | |
| 101. | MGM Resorts Intl (MGM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. Madison Square Garden Co (MSG) | | None | J | T | | | | | |
| 103. Shenzhou Internati-Unsp Adr (SHYHY) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 104. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 105. Pernod Ricard (PDRDF) | A | Dividend | J | T | Buy (add'l) | 10/16/19 | J | | |
| 106. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 107. Berkshire Hathaway Inc (BRKB) | | None | J | T | Sold (part) | 04/03/19 | J | A | |
| 108. Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | | | | | |
| 109. Intuitive Surgical Inc (ISRG) | | None | J | T | Sold (part) | 02/14/19 | J | | |
| 110. Lilly Eli & Co (LLY) | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 111. Merck & Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 112. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 113. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | Buy (add'l) | 10/15/19 | J | | |
| 114. Costar Group Inc (CSGP) | | None | J | T | Sold (part) | 04/03/19 | J | A | |
| 115. Huntington Ingalls Inds Inc (HII) | A | Dividend | J | T | | | | | |
| 116. Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 117. Southwest Airlines Co (LUV) | A | Dividend | | | Sold | 01/10/19 | J | | |
| 118. Stanley Black & Decker Inc (SWK) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 120. Waste Management Inc (IWM) | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 121. Adobe Systems Inc (ADBE) | | None | J | T | Sold (part) | 02/14/19 | J | A | |
| 122. | | | | | Sold (part) | 07/16/19 | J | | |
| 123. Apple Inc (AAPL) | A | Dividend | K | T | Buy (add'l) | 07/16/19 | J | | |
| 124. Biogen Inc (BIIB) | | None | | | Sold (part) | 01/11/19 | J | A | |
| 125. | | | | | Sold (part) | 04/25/19 | J | | |
| 126. | | | | | Sold | 05/21/19 | J | | |
| 127. Fiat Chrysler Auto (FCAU) | A | Dividend | | | Sold | 05/23/19 | J | | |
| 128. Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 129. Mastercard Inc Cl A (MA) | A | Dividend | J | T | Sold (part) | 04/03/19 | J | B | |
| 130. | | | | | Sold (part) | 07/16/19 | J | | |
| 131. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 132. Paypal Holdings Inc-W/I (PYPL) | | None | J | T | Sold (part) | 04/03/19 | J | A | |
| 133. Regions Financial Corp (RF) | A | Dividend | | | Sold (part) | 04/03/19 | J | A | |
| 134. | | | | | Sold | 10/10/19 | J | B | |
| 135. Tencent Holdings Ltd (TCEHY) | A | Dividend | J | T | Buy | 04/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136.  Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 137.  Twitter Inc (TWTR) | | None | J | T | Buy | 01/10/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 139.  Zebra Technologies Corp Class A (ZBRA) | | None | J | T | Sold<br>(part) | 04/25/19 | J | A | |
| 140. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 141.  Alphabet Inc/CA-CL A (GOOGL) | | None | K | T | Sold<br>(part) | 07/16/19 | J | | |
| 142.  Altria Group Inc (MO) | A | Dividend | | | Sold | 07/16/19 | J | | |
| 143.  Comcast Corp (CMCSA) | A | Dividend | J | T | | | | | |
| 144.  Disney Walt Co (DIS) | A | Dividend | J | T | Buy<br>(add'l) | 07/16/19 | J | | |
| 145.  Electronic Art (EA) | | None | J | T | | | | | |
| 146.  Facebook Inc (FB) | | None | J | T | Buy | 01/11/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 148.  IAC/InteractiveCorp-W/I (IAC) | | None | J | T | Buy | 11/04/19 | J | | |
| 149.  Keycorp New (KEY) | A | Dividend | | | Sold<br>(part) | 04/03/19 | J | A | |
| 150. | | | | | Sold | 10/10/19 | J | A | |
| 151.  Moody's Corp (MCO) | | None | | | Sold | 01/11/19 | J | | |
| 152.  Motorola Solutions Inc (MSI) | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 154. Pioneer Nat Res (PXD) | | None | | | Sold | 02/14/19 | J | | |
| 155. Sirius XM Holdings (SIRI) | A | Dividend | J | T | | | | | |
| 156. Vail Resorts Inc (MTN) | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 157. Viper Energy Partners LP (VNOM) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 158. Account #7 (H) | | | | | | | | | |
| 159. Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 160. FISHERS IN REDEV DIST EXIT 10 INFRA SER A B/E OID (33803KBB0) | A | Interest | J | T | | | | | |
| 161. INDIANA ST FIN AUTH REV RFDG FACS SER C B/E Cpn 5.000% (45506DBD6) | A | Interest | K | T | | | | | |
| 162. INDIANA ST FIN AUTH REV RFDG EDL FAC PURDUE RESH FNDTN (4550575W5) | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 163. INDIANAPOLIS IN LOC PUB IMPT BD BK RFDG SER E REV AMBAC (45528SYH3) | A | Interest | | | Redeemed | 08/01/19 | J | | |
| 164. HAMILTON STHESTRN IN CONS SCH BLDG CORP REV RFDG 1ST MTG (40785EJ49) | B | Interest | K | T | | | | | |
| 165. CARLISLE SULLIVAN IN SCH BLDG CORP RFDG 1ST MTG REV (142523BX6) | B | Interest | K | T | | | | | |
| 166. FRANKLIN TWP IN MULT SCH BLDG CORP RFDG B/E 1ST MTG SER A (355137BU3) | A | Interest | J | T | | | | | |
| 167. CROWN POINT IN MLTI SCH BLDG CORP REV RFDG 1ST MTG B/E (228485KN7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. IVY TECH CMNTY CLLG IN RFDG STDNT FEE SER O REV B/E (46603ACS8) | A | Interest | K | T | | | | | |
| 169. GREENFIELD IN SEW WKS REV B/ E PTC Cpn 3.000% Due 01/01/26 (395028DP5) | A | Interest | K | T | | | | | |
| 170. HAMILTON STHESTRN IN B/E CONS SCH BLDG CORP RFDG 1ST MTG (40785EWZ5) | B | Interest | K | T | | | | | |
| 171. PLAINFIELD IN CMNTY HIGH SCH BLDG CORP RFDG 1ST (726286EM5) | A | Interest | K | T | | | | | |
| 172. DECATUR TWP MARION CNTY IN MULT SCH BLDG CORP 1ST (243360EZ3) | A | Interest | K | T | | | | | |
| 173. SOUTH ADAMS IN SCH BLDG CORP 1ST MTG RFDG & IMP (836193DB5) | A | Interest | K | T | | | | | |
| 174. MT VERNON IN SCH BLDG CORP RFDG (623495EQ7) | | None | K | T | Buy | 08/22/19 | K | | |
| 175. Account #8 (H) | | | | | | | | | |
| 176. Stifel Insured Bank (cash) | A | Interest | L | T | | | | | |
| 177. BANK OF INTERNET USA SAN DIEGO CA CD FDIC #35546 Cpn 3.600 (06279LAT1) | A | Interest | | | Redeemed | 12/16/19 | J | | |
| 178. CAPITAL ONE BANK USA NA GLEN ALLEN VA CD FDIC #33954 (140420TX8) | A | Interest | K | T | | | | | |
| 179. BMW BANK OF NORTH AMER SALT LAKE CITY UT CD FDIC #35141 (05580ADF8) | A | Interest | K | T | | | | | |
| 180. BMW BANK OF NORTH AMER SALT LAKE CITY UT CD FDIC #35141 (05580ADU5) | A | Interest | J | T | | | | | |
| 181. CIT BANK SALT LAKE CITY UT CD FDIC #35575 Cpn 4.000% (17284P2S3) | A | Interest | | | Redeemed | 03/18/19 | J | | |
| 182. Account #9 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 183. Schwab Cash & Money Market Account (cash) | A | Interest | L | T | | | | | |
| 184. COHEN & STEERS CLOSED EN (FOF) | A | Dividend | J | T | | | | | |
| 185. VANGUARD EXTENDED DURATION ETF (EDV) | A | Dividend | J | T | | | | | |
| 186. CALL PROSHR (X) (Y) | | | | | | | | | |
| 187. CALL B W X TECHNOLOGIES I | | None | | | Buy | 08/07/19 | J | | |
| 188. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 189. | | | | | Sold | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 7: Valuation is based upon the original purchase price.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Fidelity 500 Index Institutional was substituted by the plan sponsors for Vanguard Inst Index Fund (VINIX). This substitution was exclusively the result of corporate action during the 4th quarter of 2019; no further information has been provided to the filer.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James R. Sweeney II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544